UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA J. COLBURN,<br><br>                        Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK,<br><br>                        Defendant. | Case No.: 19cv1930-L-MDD<br><br>**ORDER GRANTING IN PART JOINT MOTION** |

      Pending before the Court is Joint Motion and Stipulation to Arbitrate Claims and Stay Lawsuit ("Joint Motion." doc. no. 12). The parties request an order arbitrate this action in its entirety according to a pre-litigation arbitration agreement, and stay the action pending arbitration.

      Pursuant to the Federal Arbitration Act, 9 U.S.C. §1 *et seq.* ("FAA"), to the extent Plaintiff's claims are not otherwise resolved by the parties, Plaintiff shall submit her claims to binding, non-judicial arbitration pursuant to the parties' arbitration agreement. To the extent the parties jointly request an order to arbitrate, the Joint Motion is granted.

      To the extent the parties request to stay this action pending arbitration, the Joint Motion is denied. Stay is appropriate when specific issues are referred to arbitration. 9 U.S.C. § 3. When, as here, the entire action is referred to arbitration, it may be

1

dismissed.  *See Simula, Inc. v. Autoliv, Inc.,* 175 F.3d 716, 719 (9th Cir. 1999).  This Order does not preclude the parties from returning to court to confirm, vacate or modify the arbitration award as provided in the FAA.

    Accordingly, Joint Motion is granted in part and denied in part.  This action is dismissed without prejudice.

    **IT IS SO ORDERED.**

Dated:  March 26, 2020

_____
Hon. M. James Lorenz
United States District Judge